AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of California

FILED
2008 AUG 11 PM 2:05
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

Carin Pfuhl

V.

Mann Bracken LLC and Capital One Bank

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**'08 CV 1455 J JMA**

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joshua B. Swigart
Hyde & Swigart
411 Camino Del Rio South, Suite 301,
San Diego, CA 92108
Tel: 619.233.7770

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

W. SAMUEL HAMRICK, JR.

AUG 11 2008

| CLERK | DATE |
|---|---|
| J. PARIS | |

(By) DEPUTY CLERK

