# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARIN PFUHL**,<br><br>                    PLAINTIFF,<br><br>v.<br><br>**MANN BRACKEN, LLC ET. AL.**,<br><br>                    DEFENDANTS. | CASE NO. **08 CV 1455 IEG (JMA)**<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>[DOC. NO. 33]<br><br>**HON. IRMA E. GONZALEZ** |

Based upon the Joint Notice of Dismissal, and GOOD CAUSE appearing, the Court hereby orders this entire action to be DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated:   September 24, 2009

_____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**